IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

NATIONAL STEEL CAR LIMITED,
a Canadian corporation,

      Plaintiff,

v.

THE GREENBRIER COMPANIES, INC.,

      Defendant.

**Civil Action No.** 6:19-cv-00721-ADA

## ORDER

On this day came on to be heard Defendant The Greenbrier Companies, Inc.'s Motion to Dismiss or Transfer Venue Under Rule 12(b)(3) and 28 U.S.C. § 1406(a). Having considered the pleadings and the evidence, the Court Finds and Concludes that venue is improper in the Western District of Texas. The Court also Finds and Concludes it is in the interest of justice for this case to be transferred to the District of Oregon, a District in which this case could have been brought. Accordingly, the Clerk is ordered to transfer this case immediately to the District of Oregon. And, upon transfer, to close this case.

**SIGNED** this _____ day of March, 2020.

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE